1

2

3

4

5              UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF WASHINGTON

7   WILLIAM C. EMMONS, a single
    man, and WILLAM A. EMMONS, a          NO:  CV-11-5098-RMP
8   single man,

                                          ORDER OF DISMISSAL WITH
9                    Plaintiffs,          PREJUDICE

10        v.

11  BENTON COUNTY, a municipal
    corporation organized under the laws
12  of the State of Washington; SHANE B.
    and JANE DOE BENNINGFIELD,
13  husband and wife and the marital
    community comprised thereof; ERIC
14  G. MAGNUSON and JANE DOE
    MAGNUSON, husband and wife and
15  the marital community comprised
    thereof; and JOHN AND JANE DOES
16  1-10,

17                   Defendants.

18         BEFORE the Court is the parties' Stipulation of Dismissal with Prejudice,

19  ECF No. 34.  Having reviewed said stipulation and the file and pleadings therein,

20  the Court finds good cause to approve the stipulation.  Accordingly,

    ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED:**

1.  The parties' Stipulation for Dismissal with Prejudice, **ECF No. 34,** is **APPROVED**.  Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 3rd day of November, 2011.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2